1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| ERIC MARK WATKINS, | CV F   06-1619 AWI DLB HC |
|---|---|

10
                        Petitioner,     FINDINGS AND RECOMMENDATIONS TO
                                        DISMISS ACTION FOR FAILURE TO OBEY
11        v.                            A COURT ORDER

12                                      [Doc. 4]
     M. KNOWLES, Warden
13
                        Respondent.
14    _____/

15

16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

          On December 14, 2006, the court issued an order requiring Petitioner to submit an
18
     application to proceed in forma pauperis OR pay the $5.00 filing fee for this action], within thirty
19
     (30) days from the date of service of that order.  The thirty-day period has passed, and Petitioner
20
     has failed to comply with or otherwise respond to the court's order.
21
          In determining whether to dismiss an action for lack of prosecution, the court must
22
     consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the
23
     court's need to manage its docket; (3) the risk of prejudice to the Respondents; (4) the public
24
     policy favoring disposition of cases on their merits; and, (5) the availability of less drastic
25
     alternatives.  Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856
26
     F.2d 1439 (9th Cir. 1988).  The court finds that the public's interest in expeditiously resolving
27
     this litigation and the court's interest in managing the docket weigh in favor of dismissal.   The
28

1

1    third factor, risk of prejudice to Respondents, also weighs in favor of dismissal, since a

2    presumption of injury arises from the occurrence of unreasonable delay in prosecuting an action.

3    Anderson v. Air West, 542 F.2d 522, 524 (9th Cir. 1976).  The fourth factor -- public policy

4    favoring disposition of cases on their merits -- is greatly outweighed by the factors in favor of

5    dismissal discussed herein.  Finally, a court's warning to a party that failure to obey the court's

6    order will result in dismissal satisfies the "consideration of alternatives" requirement.  Ferdik v.

7    Bonzelet, 963 F.2d at 1262; Malone, 833 at 132-33; Henderson, 779 F.2d at 1424.  The court's

8    order of December 14, 2006 expressly stated: "Failure to comply with this order will result in a

9    recommendation that this action be dismissed."  Thus, Petitioner had adequate warning that

10   dismissal would result from his noncompliance with the court's order.

11          Accordingly, the court HEREBY RECOMMENDS that this action be DISMISSED for

12   Petitioner's failure to prosecute.  This Findings and Recommendations is submitted to the United

13   States District Court Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636

14   (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court,

15   Eastern District of California.  Within thirty (30) days after being served with a copy, any party

16   may file written objections with the court and serve a copy on all parties.  Such a document

17   should be captioned "Objections to Magistrate Judge's Report and Recommendation."  Replies to

18   the objections shall be served and filed within ten (10) court days (plus three days if served by

19   mail) after service of the objections.  The Court will then review the Magistrate Judge's ruling

20   pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections

21   within the specified time may waive the right to appeal the District Court's order.  Martinez v.

22   Ylst, 951 F.2d 1153 (9th Cir. 1991).

23
       IT IS SO ORDERED.

24
       Dated:   **February 6, 2007**              _____ **/s/ Dennis L. Beck** _____
25     3b142a                                      UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                   2