UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC MARK WATKINS, | ) | 1:06-CV-01619 AWI DLB HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FEBRUARY 6, 2007, |
| | ) | FINDINGS AND RECOMMENDATION |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | [Doc. #6] |
| M. KNOWLES, Warden, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| Respondent. | ) | PROCEED IN FORMA PAUPERIS |
| _____ | ) | [Doc. #8] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

  On February 6, 2007, this Court issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. The Court found that Petitioner had failed to submit a completed application to proceed in forma pauperis or pay the filing fee as ordered by this Court on December 14, 2006. On March 5, 2007, Petitioner filed objections to the Findings and Recommendation, and on March 12, 2007, Petitioner filed a motion to proceed in forma pauperis. Petitioner states he attempted to comply with the Court's order but was prevented from doing so timely due to mishandling by prison staff. The Court finds Petitioner has shown good cause to vacate the Findings and Recommendation.

1     Accordingly, the Court hereby VACATES the Findings and Recommendation of February 6, 2007. Good cause having been presented and good cause appearing therefor, Petitioner's motion to proceed in forma pauperis is GRANTED. The petition will be screened in due course.

    IT IS SO ORDERED.

    **Dated:   March 21, 2007**　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE