# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MARK WATKINS, | CV F   06-1619 AWI DLB HC |
| Petitioner, | FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF ACTION FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| M. KNOWLES, Warden | [Doc. 10] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on November 13, 2006.  On May 16, 2007, the Court directed Petitioner to show cause why the petition should not be dismiss as time-barred within thirty days from the date of service.  Petitioner has failed to respond to the Court's order.  Accordingly ,dismissal is warranted.

Local Rule 11-110 provides that a "failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  District courts have the inherent power to control their dockets and "in the exercise of that power, they may impose sanctions including, where appropriate . . . dismissal of a case."  Thompson v. Housing Auth., 782 F.2d

1

1  829, 831 (9th Cir. 1986).  A court may dismiss an action, with prejudice, based on a party's
2  failure to prosecute an action, failure to obey a court order, or failure to comply with local rules.
3  See, e.g., Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995)(dismissal for noncompliance with
4  local rule); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to
5  comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833
6  F.2d 128, 130 (9th Cir. 1987)(dismissal for failure to comply with court order).
7       In determining whether to dismiss an action for lack of prosecution, the Court must
8  consider several factors: (1) the public's interest in expeditious resolution of litigation; (2) the
9  Court's need to manage its docket; (3) the risk of prejudice to the Respondents; (4) the public
10 policy favoring disposition of cases on their merits; and, (5) the availability of less drastic
11 alternatives.  Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856
12 F.2d 1439 (9th Cir. 1988).  The Court finds that the public's interest in expeditiously resolving
13 this litigation and the court's interest in managing the docket weigh in favor of dismissal, as this
14 case has been pending since November 13, 2006.  The Court cannot hold this case in abeyance
15 indefinitely awaiting compliance by Petitioner.  The third factor, risk of prejudice to
16 Respondents, also weighs in favor of dismissal, since a presumption of injury arises from the
17 occurrence of unreasonable delay in prosecuting an action.  Anderson v. Air West, 542 F.2d 522,
18 524 (9th Cir. 1976).  The fourth factor -- public policy favoring disposition of cases on their
19 merits -- is greatly outweighed by the factors in favor of dismissal discussed herein.  Finally,
20 given Petitioner's noncompliance with the Court's order, no lesser sanction is feasible.
21      This Findings and Recommendation is submitted to the assigned United States District
22 Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of
23 the Local Rules of Practice for the United States District Court, Eastern District of California.
24 Within thirty (30) days after being served with a copy, any party may file written objections with
25 the court and serve a copy on all parties.  Such a document should be captioned "Objections to
26 Magistrate Judge's Findings and Recommendation."  Replies to the objections shall be served
27 and filed within ten (10) court days (plus three days if served by mail) after service of the
28 objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. §

636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

    IT IS SO ORDERED.

    Dated:   **July 21, 2007**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE